JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DEMAIO, | Case No: 2:22-cv-00164-SHK |
| Plaintiff | ~~[PROPOSED]~~ **JUDGMENT** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE:  11/2/2022

THE HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge

-1-