Jennifer Dunn, Esq.
*Pro Hac Vice* Attorney for Plaintiff
BBO No. 667726
Coveney Law, LLC
712 Plantation Street, Suite 3
Worcester, MA 01605
Phone: 781-478-7081
Fax: 781-478-7406
jdunn@coveneylaw.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DEMAIO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of<br>the Social Security Administration,<br><br>　　　　Defendant. | Case No.: 2:22-cv-00164-SHK<br><br>[PROPOSED]<br>**ORDER FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412** |

　　Based upon the parties' Stipulation for Allowance of Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, IT IS ORDERED that Plaintiff shall be awarded attorney fees in the amount of **$3,300.00** (three-thousand three-hundred dollars and zero cents). Such award is made in full and final satisfaction (upon payment) of any and all claims under the EAJA for fees, expenses, and costs.

　　Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States, *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

DATED: 12/13/2022　　　　　　　　　　／s／ *[signature]*
　　　　　　　　　　　　　　　　　　　HON. SHASHI H. KEWALRAMANI
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE